836

No. 280. BLOCK ET AL. *v.* BAR ASSOCIATION OF ARKANSAS ET. AL. Supreme Court of Arkansas. Certiorari denied. *Eugene R. Warren* and *Bruce T. Bullion* for petitioners. *Usco A. Gentry, John H. Lookadoo, J. M. Smallwood, Lamar Williamson, Terrell Marshall, Joe C. Barrett* and *Willis B. Smith* for respondents.

No. 290. 222 EAST CHESTNUT STREET CORP. *v.* LASALLE NATIONAL BANK, TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied. *Joseph F. Elward* for petitioner. ▮

No. 302. STATE CORPORATION COMMISSION OF KANSAS ET AL. *v.* CITIES SERVICE GAS Co. Supreme Court of Kansas. Certiorari denied. *J. Robert Wilson* and *Dale M. Stucky* for petitioners. *Conrad C. Mount, Joe Rolston, Robert R. McCracken* and *Mark H. Adams* for respondent. A brief of *amici curiae* in support of the petition was filed by *John Anderson, Jr.,* Attorney General of Kansas, *Bruce Bennett,* Attorney General of Arkansas, *Grenville Beardsley,* Attorney General of Illinois, *Jack P. F. Gremillion,* Attorney General of Louisiana, *Clarence S. Beck,* Attorney General of Nebraska, *Hilton A. Dickson, Jr.,* Attorney General of New Mexico, *Mac Q. Williamson,* Attorney General of Oklahoma, *Will Wilson,* Attorney General of Texas, *Thomas O. Miller,* Attorney General of Wyoming, *Wade Church,* Attorney General of Arizona, *Duke W. Dunbar,* Attorney General of Colorado, *Jo M. Ferguson,* Attorney General of Kentucky, *Paul L. Adams,* Attorney General of Michigan, *Roger Foley,* Attorney General of Nevada, *Leslie R. Burgum,* Attorney General of North Dakota, *Parnell J. Donohue,* Attorney General of South Dakota, and *Walter L. Budge,* Attorney General of Utah. ▮